Magistrate Judge S. Kate Vaughan

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

SEP 02 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ROBERT KYE ARTZ,

Defendant.

CASE NO.

COMPLAINT for VIOLATION

Title 21, U.S.C. Section 846

BEFORE, S. Kate Vaughan, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
**Conspiracy to Distribute Controlled Substances**

Beginning at a time unknown, but within the past five years, and continuing until on or about September 2, 2021, on the Tulalip Indian Reservation, within the Western District of Washington, and elsewhere, of ROBERT K. ARTZ and others known and unknown, did knowingly and intentionally conspire to distribute, heroin, methamphetamine, and fentanyl (N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide), substances controlled under Title 21, United States Code, Section 812.

Complaint- 1
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),

2   and 846.

3   And the complainant states that this Complaint is based on the following

4   information:

5   I, P. Zoller, a Task Force Officer with Federal Bureau of Investigation,

6   Northwestern Washington Safe Trails Task Force, having been duly sworn, state as

7   follows:

## AFFIANT BACKGROUND

9   1.   I, P. Zoller, am a fully Commissioned Police Officer with the Tulalip Police

10  Department assigned within the exterior boundaries of the Tulalip Reservation located in

11  Tulalip, Washington.  I have been a commissioned officer since July of 2015 and I have

12  graduated from the Federal Law Enforcement Training Center Police Academy and the

13  Washington State Criminal Justice Training Center Police Equivalency Academy.  My

14  duties and training include traffic enforcement, crimes against persons, drug

15  identification and recognition, pill identification, drug recognition, drug interdiction, and

16  DUI detection.  I am currently assigned to the Detective Division as a Tulalip Drug Task

17  Force Detective.  I am also assigned to the Northwestern Washington Safe Trails Task

18  Force.  I hold a deputation from the Federal Bureau of Investigation ("FBI") and United

19  States Marshal Service that authorizes me to investigate violations of Title 18 and Title

20  21 of the United States Code.

21  2.   I have participated in, and successfully completed, multiple training

22  courses, including: Advanced Criminal Training/Workshop, Managing Narcotic

23  Informants, Washington State Narcotics Investigator Association Training, and the Drug

24  Enforcement Administration ("DEA") 80-hour Basic Drug Investigation Course.  The

25  DEA course training on search and seizure reviews, electronic surveillance and search

26  warrants, drug identification, pharmacology identification, developing and utilizing

27  confidential sources, undercover operations and risk management, undercover practical

28  exams, Jetway and drug interdiction case studies, raid plan development, de-confliction,

Complaint- 2
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  asset forfeiture, vehicle-involved arrests, undercover practical exercises, trends and
2  methods of trafficking and intelligence, and technical operations.

3        3.      In my role as a Drug Task Force Detective for the Tulalip Police
4  Department, I have participated in narcotics investigations involving heroin, fentanyl,
5  cocaine, marijuana, and methamphetamine.  These investigations have resulted in the
6  arrest of individuals, the seizure of narcotics and/or narcotic-related evidence, and the
7  forfeiture of narcotics related assets.  I have been involved in the service of search
8  warrants as part of these investigations.  As a result of my training and experience, I am
9  familiar with the various tools, methods, trends, paraphernalia and related articles used by
10 various traffickers in their efforts to conceal and distribute controlled substances. I am
11 also familiar with the manner in which drug traffickers use telephones, often cellular
12 telephones, to conduct their unlawful operations.

13       4.      Because this Affidavit is submitted for the limited purpose of establishing
14 probable cause, it does not set forth each and every fact that I or others have learned
15 during the course of this investigation.  I have set forth only the facts that I believe are
16 necessary to establish probable cause to believe that ROBERT K. ARTZ conspired to
17 distribute controlled substances, in violation of in violation of 21 U.S.C. § 846.

18                          __SOURCES OF INFORMATION__

19       5.      I make this Affidavit based upon personal knowledge derived from my
20 participation in this investigation and upon information I believe to be reliable from the
21 following sources:

22              a.      My training and experience investigating drug trafficking and related
23 criminal activity, as described herein;

24              b.      Oral and written reports and documents about this and other
25 investigations that I have received from agents of the Tulalip Police Department, the
26 Snohomish County Sherriff's Office, and other federal, state and local law enforcement
27 agencies;

28

Complaint- 3
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        c.      Physical surveillance conducted by the aforementioned agencies,

2    and other law enforcement agencies, that has been reported to me directly or indirectly;

3        d.      Washington State Department of Licensing records;

4        e.      Tulalip Tribal Registry records;

5        f.      Commercial databases;

6        g.      Public records; and

7        h.      Publicly viewable information on social media websites (*i.e.*,

8    Facebook, Instagram).

## SUMMARY OF PROBABLE CAUSE

10       6.      Since June 2020 and continuing to September 2021, the Tulalip Police

11   Department ("TPD") investigated drug sales occurring at 8021 30th Drive Northeast

12   ("the SPENCER HOUSE"), which is known as one of the primary locations to purchase

13   drugs on the Tulalip Reservation.  During the course of the investigation, TPD identified

14   ROBERT K. ARTZ, a resident of the SPENCER HOUSE, as a primary source of drugs.

15   ARTZ was twice identified fleeing from law enforcement and leaving behind his supply

16   of drugs, including methamphetamine, heroin, and fentanyl.  During the execution of a

17   search warrant on September 2, 2021, TPD found $2,420 in cash rolled up and secured

18   with rubber bands, a wallet with $1,344 cash, a credit card with ARTZ's name, and a

19   driver's license of another individual, and a fanny pack containing a scale, miscellaneous

20   drug paraphernalia, and seventeen M30 pills.

## PROBABLE CAUSE

*Background on Counterfeit Fentanyl Pills*

23       7.      Based on my training and experience, I know that "Perc 30s," "M30s,"

24   "fedi pills," and "blues" all are terms used to describe pills designed to resemble

25   legitimate 30mg oxycodone hydrochloride pills.  They are typically circular blue pills

26   imprinted with "M30."  These pills are commonly created with a pill press and pressed

27   with acetaminophen and a small amount of fentanyl.  Fentanyl is a potent opiate, much

28   more potent than heroin.  Fentanyl is cheap to buy in bulk and can be ordered online and

Complaint- 4
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  shipped to one's residence.  It often causes overdoses and overdose deaths due to its

2  potency.

3        8.        TPD Detectives know from routine law enforcement investigations and

4  contacts that S.S. is a Tulalip Tribal member involved in drug distribution on the Tulalip

5  Reservation.  ARTZ is also known by TPD Detectives, based on routine law enforcement

6  investigations and contacts, to be involved in drug distribution on the Tulalip

7  Reservation.  I know that ARTZ and S.S. are in a long-term dating relationship and that

8  ARTZ has lived at the SPENCER HOUSE on the Tulalip Reservation for over a year.

9        9.        In or around May 2020, while conducting law enforcement surveillance on

10  an unrelated house near to the SPENCER HOUSE, I saw significant foot traffic and

11  activity at the SPENCER HOUSE and began to suspect that it may be the location of

12  drug distribution.

13        *ARTZ Hides with a Fanny Pack of Drugs and Cash in June 2020*

14        10.        On June 30, 2020, I saw ARTZ and S.S. walking towards a Lincoln Town

15  Car in the parking lot of a hardware store on the Tulalip Reservation.  I attempted to

16  contact them and ARTZ immediately ran and hid behind manure bales located on the

17  north end of the business.  While he was running, I could see some type of bag secured

18  around ARTZ's waist which was bobbing up and down as he ran.  I followed ARTZ to

19  the manure bales and when I found him he was taken into custody. With the assistance of

20  a narcotics canine we found, hidden in one of the bales, a Nike fanny pack with 28 M30

21  pills, 12.82 grams of heroin, 3.63 grams methamphetamine, .71 grams of marijuana, and

22  $1,680 cash.

23        11.        The drugs found in the Nike fanny pack were submitted to the Washington

24  State Patrol Crime Laboratory, which concluded the following:

25              a.  One of the M30 pills was tested and found to contain fentanyl.

26              b.  The suspected heroin was tested and found to contain heroin.

27              c.  The suspected methamphetamine was found to contain methamphetamine.

28  ///

Complaint- 5
*United States v. Artz et al.*, MJ 21-490-SKV

*ARTZ Flees from a Car found to Contain Drugs and a Scale in May 2021*

12.     On or around May 11, 2021, I saw a 2006 Hyundai Sonata with inoperable brake lights entering the 81st Street Housing District and initiated my overhead red and blue lights.  The driver, later identified as J.M., accelerated towards 30th Drive Northeast and parked in the driveway of the SPENCER HOUSE.  The front passenger quickly exited from the car and ran towards the back of the SPENCER HOUSE.  I recognized the passenger as resembling ARTZ, but could not see him clearly enough to be certain. Backup units arrived to search for ARTZ but he was not found.

13.     A narcotics canine was deployed around the Sonata and alerted to the odor of narcotics.  I obtained a search warrant from Tulalip Tribal Court for the Sonata. During the search of the Sonata I found 307 M30 pills, 10.82 grams of heroin, and 26.01 grams of methamphetamine.  I also found a digital scale with the name "BADBOB" scratched on the back.  The drugs and scale were found in a Gucci bag that also contained a photograph of ARTZ's daughter.  As explained in paragraph 24 below, "badbob" is consistent with one of ARTZ's email addresses.

14.     J.M. was arrested for eluding police, driving while license suspended, obstructing a law enforcement officer, and for possession of drug paraphernalia.  I verbally advised J.M. of his Miranda Rights and he provided a statement admitting that the passenger who fled from his car was ARTZ.

15.     As explained in paragraphs 24-25 below, ARTZ sent text messages on May 12 in which he discussed having to flee when Tribal law enforcement attempted to pull over a car he was in, stating that law enforcement recovered "my Gucci backpack and all my work."

*June 2021 Purchase of Counterfeit Fentanyl Pills*

16.     On or around June 30, 2021, TPD K9 Officer Jake Wilcox encountered an individual known to have an outstanding Tulalip Tribal warrant for theft and burglary. The individual ("CS-3") was taken into custody and told Officer Wilcox that CS-3 would

1  be willing to work for TPD as a confidential informant in exchange for potential

2  consideration on his outstanding charges.[1]

3            a.       Detective James Cabras and I met with CS-3 at TPD and CS-3 told

4  us that CS-3 was willing to buy drugs from "Bobby," who I knew to be ARTZ.  CS-3 told

5  us that CS-3 had bought drugs from ARTZ over a hundred times throughout the years

6  and that ARTZ had been CS-3's "main plug" for a long time.  Based on my training and

7  experience, I know the term "plug" is used to refer to a drug dealer.  CS-3 told us that

8  ARTZ lived with his girlfriend who I knew to be S.S., at the SPENCER HOUSE.  I

9  showed CS-3 a photograph of the SPENCER HOUSE and CS-3 was able to correctly

10  identify the house.

11            b.       I searched CS-3 and CS-3's car and found no narcotics, money, or

12  contraband.  I gave CS-3 cash and instructed CS-3 to purchase pills.  I then secured

13  vehicle to use for the buy and searched it for narcotics, money, and contraband and found

14  none.  I gave CS-3 $40.00 of cash and instructed CS-3 to purchase three pills.

15            c.       I then drove CS-3 to the 81st Street Housing District.  I dropped CS-

16  3 off near the intersection of Donald Campbell Road and 81st Street, and Detective

17  Cabras and I watched CS-3 enter the SPENCER HOUSE through the front door.  CS-3

18  exited the house moments later and we made contact with him.  From exiting the

19  SPENCER HOUSE and making contact with me CS-3 did not make contact with any

20  other individuals.  CS-3 gave me three round blue pills imprinted with "M30."  I searched

21  CS-3 and found no narcotics, cash, or contraband.

22            d.       I debriefed CS-3, who told me that when CS-3 entered the

23  SPENCER HOUSE he found multiple individuals who he did not know.  He asked for

24  ARTZ, but was advised by the unknown individuals that ARTZ was not home.  Shortly

25  thereafter, S.S. arrived home and told CS-3 that ARTZ had been arrested earlier that day.

26  I later confirmed that ARTZ was arrested by the Everett Police Department on June 30,

27  _____

28  [1] CS-3 has a conviction for third degree theft.

Complaint- 7
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  2021, for Possession with Intent and for an outstanding felony warrant out of the

2  Department of Corrections. S.S. and CS-3 then went into S. SPENCER's bedroom where

3  CS-3 gave S.S. $40.00 and S.S. gave CS-3 three oxycodone hydrochloride pills.

4          e.      I am providing the pills to the FBI for laboratory testing.

5  *Multiple Cooperating Witnesses Identify ARTZ as a Drug Trafficker in August 2021*

6          17.     On or around August 11, 2021, I contacted a male during a traffic stop on

7  the 3400 block of 105th Street Northeast on the Tulalip Reservation and clearly saw

8  methamphetamine and drug paraphernalia in the car. The driver ("Witness-1") gave me

9  consent to search the car and we recovered the drugs and paraphernalia. I asked Witness-

10 1 if Witness-1 had purchased the drugs. Witness-1 said no and explained that her/his

11 acquaintance purchased pills from a female who, based on the nickname provided, I

12 knew to be S.S., who had a boyfriend under the supervision of the Washington State

13 Department of Corrections ("DOC"). I know that ARTZ was under the supervision of

14 the DOC at this time. Witness-1 explained that S.S. lived "Down the Quil. I think its

15 13th. That little housing projects, there. Right down there. Go all the way to the back.

16 On the left, that house with all that shit out there, cars. Right there, she sells hella pills."

17 Based on this description, I believe that Witenss-1 was describing S.S. and the SPENCER

18 HOUSE. Witness-1 then provided me with S.S.'s cell phone number, which was the

19 same as he number I knew to be S.S.'s cell phone number.

20         18.     On or around August 12, 2021, TPD patrol units Officer Wilcox informed

21 me that they had arrested two individuals for theft, both of whom are known drug users.

22 Detective Cabras and I had seen the individuals earlier in the week in the proximity of the

23 SPENCER HOUSE. Following their arrest, patrol said that one of the individuals

24 ("Witness-2")[2] was willing to speak with us.

25 //

26

27 _____

28 [2] Witness-2 was willing to speak with us in exchange for not being held on any charges. Witness-2 has no criminal convictions. Witness-2 does have Tulalip Tribal arrest history for Theft, Possession of a Controlled Substance, Possession of Drug Paraphernalia, and Criminal Endangerment.

Complaint- 8
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.     I advised Witness-2 of her/his *Miranda* rights and Witness-2 said that s/he understood those rights.  I asked Witness-2 about drug dealers on the Tulalip Reservation and Witness-2 said that s/he was willing to "give up one guy" who Witness-2 knew to be non-tribal drug dealer selling "a couple hundred" pills.  Witness-2 described this individual as a tall, skinny white male who lived on 81st Street and was named "Bobby" who lived with his girlfriend.  Witness-2 admitted to having purchased drugs from Bobby earlier that day.  Witness-2 buys "Perc 30s" from Bobby for $10 a pill and had purchased pills from Bobby every day for the past two weeks.  Witness-2 described Bobby's room as being down a hallway, last bedroom on the right.  I showed Witness-2 a photograph of ARTZ and Witness-2 identified ARTZ as "Bobby."  Witness-2 agreed to show us ARTZ's house, and Detective Cabras and I used an unmarked patrol vehicle to take Witness-2 to the 81st Street Housing District where Witness-2 identified the SPENCER HOUSE as the house where Witness-2 buys drugs.  We then released Witness-2 from custody.

*ARTZ Sells M30 Pills on August 13, 2021*

20.     On or around August 13, 2021, I spoke with a cooperating source ("CS-4").[3]  CS-4 told me that CS-4 had purchased drugs from several different houses and people on the Tulalip Reservation.  CS-4 told me that L.S. sold counterfeit oxycodone pills out of the 81st Street Housing District.  I know L.S. to be S.S.'s sister who also lives at the SPENCER HOUSE.   CS-4 agreed to conduct controlled buys for TPD, including a controlled buy off of L.S.

a.      Detective Cabras and I searched CS-4 and found no drugs, money, or contraband.  Detective Cabras also searched the undercover vehicle we were using for the operation and found no drugs, money, or contraband.  I gave CS-4 $40.00 cash to

---

[3] CS-4 had agreed to work for TPD as an informant in exchange for mitigation related to a warrant out of Marysville.  CS-4 has felony convictions for assault in the second degree, theft in the second degree, possession of a controlled substance, false/misleading statements to a public servant, theft in the third degree, driving under the influence, attempted theft, theft in the fourth degree, possession of stolen property in the third degree, and driving under the influence.  CS-4 has previously provided credible information that has been corroborated by law enforcement.

Complaint- 9
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   purchase narcotics.  Detective Cabras and I drove CS-4 to the residence of an individual

2   who CS-4 had identified as a source of counterfeit oxycodone pills on the Tulalip

3   Reservation, J.F.  We attempted to conduct a controlled buy at J.F.'s house, but J.F. was

4   not there.

5          b.      Detective Cabras and I then drove CS-4 to the SPENCER HOUSE to

6   purchase drugs from L.S.  CS-4 entered the SPENCER HOUSE through the front door.

7   While waiting for CS-4 to exit the house I saw S.S. and L.S. outside the house.  I also

8   saw a male who I recognized from previous narcotics investigations, D.J., standing next

9   to a gray BMW.  While CS-4 was still in the SPENCER HOUSE, a silver Cadillac

10  Escalade EXT pickup truck arrived and parked outside the SPENCER HOUSE.  J.F., and

11  an unknown male ("FNU LNU") exited the Escalade and both men entered the

12  SPENCER HOUSE.  About 15-20 minutes later, D.J., J.F., and FNU LNU.  ARTZ exited

13  as well, wearing a white t-shirt, plaid shorts, and a dark colored shoulder bag.  All four

14  men left the 81st Housing District in the Escalade and the BMW.

15         c.      CS-4 immediately returned to our vehicle after the buy and CS-4

16  handed me two blue pills imprinted with "M30."  Detective Cabras and I searched CS-4

17  and found no drugs, money, or contraband.  I found a torn-off piece of notebook paper

18  that read "3609136931 Bobby."

19         d.      CS-4 told me that when he arrived at the SPENCER HOUSE he

20  spoke with L.S., who told CS-4 to proceed into the house, down the hallway, to the last

21  bedroom on the right, and that her friend would "serve them up."  CS-4 followed L.S.'s

22  instructions and found a baldheaded white male wearing a white t-shirt, jean shorts, and

23  wearing a shoulder bag across his body.  Based on this description, which was similar to

24  what I saw ARTZ wearing when ARTZ exited the SPENCER HOUSE, I believe the

25  individual who CS-4 met in the back bedroom was ARTZ.

26         e.      CS-4 explained that ARTZ interrogated CS-4, believing CS-4 to be

27  an informant.  D.J. and S.S. were also with ARTZ and CS-4 in the bedroom.  ARTZ

28  instructed CS-4 to smoke a pill to prove that CS-4 was not an informant.  CS-4 feared for

Complaint- 10
*United States v. Artz et al.*, MJ 21-490-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   his/her safety so agreed to smoke the pill, after which CS-4, ARTZ, and D.J. left the
2   house.  While in the back bedroom, CS-4 said that ARTZ had written his name and
3   number on a piece of paper and handed it to CS-4.

4               f.      I am providing the pills to the FBI for laboratory testing.

5          *Cellphone Used by ARTZ and S.S. Contains Evidence of Drug Trafficking*

6          21.     In July 2021, an individual contacted TPD to provide information about
7   drug trafficking on the Tulalip Reservation ("Witness-3").  Witness-3 had found a
8   cellphone in Witness-3's car after the car had been borrowed.  Witness-3 opened the
9   phone, which was unlocked, found evidence of drug trafficking, and turned the phone
10  over to TPD.  Based on Witness-3's review of the phone, Witness-3 believed that the
11  phone belonged to ARTZ.  I then obtained a search warrant from Snohomish County
12  Superior Court to seize the phone and search it for evidence of drug trafficking.  During
13  the resulting search, I found the following:

14              a.      Indica of the phone belonging to ARTZ:

15                      i.      Multiple photographs of ARTZ and S.S.

16                      ii.     Photographs of ARTZ's daughter, which I recognized from
17  the photograph found in ARTZ's Gucci back after he fled from J.M.'s car on May 11,
18  2021.

19                      iii.    A photograph of ARTZ holding a pistol.

20                      iv.     Email addresses that appear to belong to ARTZ:
21  badbob2385@gmail.com, bobartz2385@gmail.com.  I recognized "2385" as being
22  consistent with the day and year of ARTZ's birthday.

23              b.      Videos of S.S. smoking a crystal-like substance.

24              c.      Communications regarding drug trafficking, including
25  communications about ARTZ selling drugs to people and ARTZ purchasing drugs from a
26  supplier, many of which used coded language.  Among these text messages was a
27  conversation on May 12, 2021, the day after TPD recovered a Gucci bag with narcotics

28

Complaint- 11
*United States v. Artz et al.*, MJ 21-490-SKV

1 │ from J.M.'s car outside the SPENCER HOUSE.  During the conversation, ARTZ sent the

2 │ following text messages:

3 │ *I was riding with the homie just getting to the 81st projects. And an under*

4 │ *cover task force hit his lights on us*

5 │ *I jumped out and ran.... I got away but they took my home to jail and*

6 │ *impounded his car*

7 │ *Along with my Gucci backpack and all my work*

8 │    I noticed that the conversations that took place after June 30th, 2021, appeared to

9 │ be made by S.S.  S.S. identified herself in several messages and told recipients that she

10 │ was using ARTZ's phone.  S.S.'s use of ARTZ's phone begins when ARTZ was arrested

11 │ and booked into the Snohomish County Jail.

12 │ *Additional M30 Pills Found in the SPENCER HOUSE, Gun Found in a Car Outside*

13 │    22.    On September 2, 2021 TPD executed a search warrant at the SPENCER

14 │ HOUSE with the assistance of the FBI.  During the course of that search, TDP identified

15 │ a room that was shared by S.S. and S.S.'s daughter, and another room that appeared to be

16 │ used by ARTZ.  In the room shared by S.S. and S.S.'s daughter, they found $2,420 in

17 │ cash rolled up and secured with rubber bands, a wallet with $1,344 cash, a credit card

18 │ with ARTZ's name, and a driver's license of another individual, and a fanny pack

19 │ containing a scale, miscellaneous drug paraphernalia, and seventeen M30 pills.  In the

20 │ room that appeared to be used by ARTZ they found various drug paraphernalia, a scale,

21 │ and baggies with white residue.

22 │    Based on the above facts, I respectfully submit that there is probable cause to

23 │ believe that ROBERT KYE ARTZ did conspire to distribute, heroin, methamphetamine,

24 │

25 │

26 │

27 │

28 │

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 and fentanyl (N–phenyl–N–[1–(2–phenylethyl)–4–piperidinyl] propanamide), substances

2 controlled under Title 21, United States Code, Section 812.

3        All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C),

4 and 846.

8                           _____

9                           P. Zoller, Complainant

                          Task Force Officer, FBI

12        Based on the Complaint and Affidavit sworn to before me, and subscribed in my

13 presence, the Court hereby finds that there is probable cause to believe the Defendant

14 committed the offense set forth in the Complaint.

15        Dated this _2ⁿᵈ_ day of September, 2021.

18                           _____

19                           S. Kate Vaughan

                          United States Magistrate Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970